UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CYNTHIA ELLIOTT | CIVIL ACTION |
| VERSUS | NO. 13-1011 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |
| GEORGE W. BAILEY | CIVIL ACTION |
| VERSUS | NO. 17-3031 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |
| OLANDER KEITH BARNES | CIVIL ACTION |
| VERSUS | NO. 17-3036 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |
| LESIA BLACK | CIVIL ACTION |
| VERSUS | NO. 17-3047 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |
| DONDY SHAWN BOOKER | CIVIL ACTION |
| VERSUS | NO. 17-3051 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

1

| | |
|---|---|
| KENT McCONAGHY | CIVIL ACTION |
| VERSUS | NO. 17-3116 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| LILLIE COLEMAN | CIVIL ACTION |
| VERSUS | NO. 17-3130 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |

| | |
|---|---|
| FREDERICK JAMAL DAVIS | CIVIL ACTION |
| VERSUS | NO. 17-3140 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| DEBRA ANN FRAZIER | CIVIL ACTION |
| VERSUS | NO. 17-3219 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| ALICE M. GRIFFIN | CIVIL ACTION |
| VERSUS | NO. 17-3244 |
| BP AMERICA, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| STERLING MARTIN | CIVIL ACTION |
| VERSUS | NO. 17-3249 |
| BP AMERICA, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| HECTOR GONZALEZ | CIVIL ACTION |
| VERSUS | NO. 17-3257 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| SERENA GUESS | CIVIL ACTION |
| VERSUS | NO. 17-3260 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| EDISON W. HOCKADAY, JR. | CIVIL ACTION |
| VERSUS | NO. 17-3281 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| GREGORY LEWIS JACKSON | CIVIL ACTION |
| VERSUS | NO. 17-3297 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| MARCUS CARNELL JACKSON | CIVIL ACTION |
| VERSUS | NO. 17-3298 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| JOAN FLORENCE JOHNS | CIVIL ACTION |
| VERSUS | NO. 17-3304 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| GRADY L. JOHNSON | CIVIL ACTION |
| VERSUS | NO. 17-3308 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| DOROTHY CLAYTON HIGGINBOTHAM | CIVIL ACTION |
| VERSUS | NO. 17-3315 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| KIRK PREST | CIVIL ACTION |
| VERSUS | NO. 17-3409 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| WILLIE JAMES MACON | CIVIL ACTION |
| VERSUS | NO. 17-3548 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| KELVIN DUVONCE MURRAY | CIVIL ACTION |
| VERSUS | NO. 17-3582 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |

| | |
|---|---|
| COREY DARNELL STREET | CIVIL ACTION |
| VERSUS | NO. 17-3619 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| OTIS DESMOND CARPENTER | CIVIL ACTION |
| VERSUS | NO. 17-3645 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |

| | |
|---|---|
| JINTRIN ANTOINE | CIVIL ACTION |
| VERSUS | NO. 17-3885 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| ROY CAUSEY | CIVIL ACTION |
| VERSUS | NO. 17-3888 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| MISSOURI McCANN | CIVIL ACTION |
| VERSUS | NO. 17-4006 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| DERRICK DARNEIL MAY | CIVIL ACTION |
| VERSUS | NO. 17-4068 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| ROBERT NELSON, JR. | CIVIL ACTION |
| VERSUS | NO. 17-4075 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |

| | |
|---|---|
| CRYSTAL BREWER | CIVIL ACTION |
| VERSUS | NO. 17-4138 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |

| | |
|---|---|
| JOHN BUNCH | CIVIL ACTION |
| VERSUS | NO. 17-4144 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| JULIE SWANEY | CIVIL ACTION |
| VERSUS | NO. 17-4186 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| JEREMY I. TAYLOR | CIVIL ACTION |
| VERSUS | NO. 17-4190 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| DALISHA NICOLE WEBB | CIVIL ACTION |
| VERSUS | NO. 17-4223 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| TIMOTHY WHITTIKER, JR. | CIVIL ACTION |
| VERSUS | NO. 17-4231 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| CLARENCE WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 17-4234 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| JAMES E. WILLIAMS, JR. | CIVIL ACTION |
| VERSUS | NO. 17-4235 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |

| | |
|---|---|
| VIOLA WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 17-4237 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| RAYMOND SLEDGE | CIVIL ACTION |
| VERSUS | NO. 17-4249 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| ANDRAE SUMMERS | CIVIL ACTION |
| VERSUS | NO. 17-4262 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| TYRELL WADDELL | CIVIL ACTION |
| VERSUS | NO. 17-4271 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| JOHN WEBB | CIVIL ACTION |
| VERSUS | NO. 17-4276 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| SEDIJA DAVIS | CIVIL ACTION |
| VERSUS | NO. 17-4312 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| CLARENCE GARLOW | CIVIL ACTION |
| VERSUS | NO. 17-4330 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| ERNESTINE KEYS | CIVIL ACTION |
| VERSUS | NO. 17-4389 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |

| | |
|---|---|
| DEWAYNE KING | CIVIL ACTION |
| VERSUS | NO. 17-4398 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (1) |

| | |
|---|---|
| ANDREA CHINIER MAGEE *Individually & on behalf of T.J. and V.J.* | CIVIL ACTION |
| VERSUS | NO. 17-4399 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| LUKE LUNDY | CIVIL ACTION |
| VERSUS | NO. 17-4417 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| DON POOLE<br>*on behalf of his minor child G.C.* | CIVIL ACTION |
| VERSUS | NO. 17-4502 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| DERRICK R. RAWLS | CIVIL ACTION |
| VERSUS | NO. 17-4509 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (5) |

| | |
|---|---|
| MELISSA WELLINGTON<br>*Individually and on behalf of her minor children J.A.W. and J.W.* | CIVIL ACTION |
| VERSUS | NO. 17-4542 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| JOE MAY, JR.<br>*Estate of* | CIVIL ACTION |
| VERSUS | NO. 17-4550 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| TYRONE SMITH<br>*Estate of* | CIVIL ACTION |
| VERSUS | NO. 17-4551 |
| BP EXPLORATION & PRODUCTION,<br>INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| JEFFERY MADDOX | CIVIL ACTION |
| VERSUS | NO. 17-4560 |
| BP EXPLORATION & PRODUCTION,<br>INC., *et al.* | SECTION M (1) |

| | |
|---|---|
| SHERRIE McKINLEY<br>*Individually and for the minor children, D.B. and D.M.* | CIVIL ACTION |
| VERSUS | NO. 17-4562 |
| BP EXPLORATION & PRODUCTION,<br>INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| CHRISTOPHER DUWARD THOMPSON | CIVIL ACTION |
| VERSUS | NO. 17-4609 |
| BP EXPLORATION & PRODUCTION,<br>INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| DEREK RAPHAEL WATTS | CIVIL ACTION |
| VERSUS | NO. 17-4627 |
| BP EXPLORATION & PRODUCTION,<br>INC., *et al.* | SECTION M (2) |

| | |
|---|---|
| AURON RAYNARD WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 17-4633 |
| BP EXPLORATION & PRODUCTION,<br>INC., *et al.* | SECTION M (4) |

| | |
|---|---|
| TARA SHEMETRICE SUMMERALL | CIVIL ACTION |
| VERSUS | NO. 17-4643 |
| BP EXPLORATION & PRODUCTION, INC., *et al.* | SECTION M (4) |

## ORDER

On April 6, 2021, the court presiding over MDL 2179 severed cases from the B3 Pleading

Bundle and ordered them re-allotted among the district judges of the Eastern District. (*See* R. Doc.

27028 in No. 10-md-2179.)   Prior to severance, paragraph 12 of the Third Amended Pretrial Order

No. 1 from MDL 2179 (s*ee* R. Doc. 7812 in No. 10-md-2179) stated in relevant part:

> [A]ttorneys admitted to practice and in good standing in any United States District
> Court are admitted *pro hac vice* in this litigation, and the requirement of Local
> Rules 83.2.5 and 83.2.6 are waived, except that an attorney admitted *pro hac vice*
> is deemed to have conferred disciplinary jurisdiction upon this Court for any
> alleged misconduct of that attorney arising in the course of or in preparing for a
> proceeding.   Association of local counsel is not required.

IT IS ORDERED that paragraph 12 of the Third Amended Pretrial Order No.1 applies to

the severed B3 cases (identified in the caption above) that have been allotted to Section M.

New Orleans, Louisiana, this 5th day of May, 2021

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

11